# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE NIFONG,<br><br>               Plaintiff,<br><br>   vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>               Defendant. | CASE NO. CV 12-7936 AGR<br><br>JUDGMENT |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: September 20, 2013

                                               ALICIA G. ROSENBERG
                                     United States Magistrate Judge